**HIGHMARK, INC., Plaintiff–Appellee,**

v.

**ALLCARE HEALTH MANAGEMENT SYSTEMS, INC., Defendant–Appellant.**

No. 2011–1219.

United States Court of Appeals, Federal Circuit.

June 30, 2014.

Donald R. Dunner, Finnegan, Henderson, Farabow, Washington, DC, Erik R. Puknys, Finnegan, Henderson, Farabow, Palo Alto, CA, Dan S. Boyd, The

Boyd Law Firm, P.C., Dallas, TX, for Plaintiff–Appellee.

Cynthia E. Kernick, James C. Martin, Kevin S. Katona, Thomas Michael Pohl, Reed Smith LLP, Pittsburgh, PA, for Defendant–Appellant.

Before NEWMAN, MAYER, and DYK, Circuit Judges.

## ORDER

PER CURIAM.

The court *sua sponte* enters the following order in *Highmark, Inc. v. Allcare Health Management Systems, Inc.* (No. 11–1219).

IT IS ORDERED THAT:

The parties are hereby directed to file briefs, not to exceed fifteen pages each, addressing the impact of the Supreme Court's decisions in *Highmark, Inc. v. Allcare Health Management System, Inc.,* —— U.S. ——, 134 S.Ct. 1744, 188 L.Ed.2d 829 (2014) and *Octane Fitness, LLC v. Icon Health & Fitness, Inc.,* —— U.S. ——, 134 S.Ct. 1749, 188 L.Ed.2d 816 (2014) on this case and how the court should proceed following the remand of the case from the Supreme Court. The briefs shall be filed no later than July 28, 2014.